**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JAMES P. WARD,

                    Plaintiff,

      -against-                                      20 **CIVIL** 5676 (JPO)

                                                        **JUDGMENT**

UNITED STATES OF AMERICA and
MIANKANZE BAMBA,

                    Defendants.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 30, 2021, the Government's motion to substitute itself as a defendant for Bamba and to dismiss all claims for lack of subject matter jurisdiction is GRANTED; accordingly, this case is closed.

**Dated:** New York, New York

       August 30, 2021

                                                       **RUBY J. KRAJICK**

                                                        **Clerk of Court**
                                    **BY:**
                                                        **Deputy Clerk**